UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FATIMA RIDLEY, individually and on behalf of all other similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br>MRS BPO, LLC,<br><br>Defendant. | Case No.: 1:18-cv-12696-NLH-JS |

## MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

**COMES NOW** Plaintiff Fatima Ridley, and Defendant MRS BPO, LLC, by and through their undersigned counsel, and upon the Memorandum of Law in Support, Declaration of Daniel Zemel, and the exhibits thereto, hereby jointly move this Court for an Order:

i. Granting preliminary approval of the parties' Class Settlement Agreement ("the "Settlement Agreement" as fair, reasonable and adequate, and in the best interests of the Settlement Class;

ii. Approving the parties' proposed Notice and the Notice Plan (including the form, content, manner and timing of the notice to the settlement class) and authorizing the Notice to be distributed in accordance with the Notice Plan;

iii. Setting a hearing date for final approval of the Settlement Agreement pursuant to Fed. R. Civ. P. 23(c)(2) ("the Fairness Hearing") after the Notice period has expired so that the Court can consider any objections to the settlement; payment by Defendant of Plaintiffs' attorney's fees and costs and the proposed incentive payment to the Class Representative; and can approve the Class Settlement; and

iv. Granting such other and further relief as may be just and proper.

1

Dated: March 11, 2021

                        Respectfully submitted,

                        <u>*/s/ Daniel Zemel*</u>
                        Daniel Zemel, Esq.
                        Nicholas Linker, Esq.
                        Zemel Law LLC
                        660 Broadway
                        Paterson, New Jersey 07514
                        dz@zemellawllc.com
                        nl@zemellawllc.com
                        (862) 227-3106
                        *Attorneys for Plaintiff*

                        <u>*/s/ Aleksander P. Powietrzynski*</u>
                        Aleksander P. Powietrzynski, Esq.
                        Winston & Winston
                        155 E. 44th Street, 5th Floor, Suite 142
                        New York, NY 10017
                        Alex@winstonandwinston.com
                        (212) 922-9483
                        *Attorneys for Defendant*