UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FATIMA RIDLEY, individually and on behalf of all other similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br>MRS BPO, LLC,<br><br>Defendant. | Case No.: 1:18-cv-12696-NLH-JS |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, Fatima Ridley and Defendant MRS BPO, LLC jointly hereby moves for final approval of class settlement in the amount of $16,000, and such other relief as the Court deems proper, for the reasons set forth in the accompanying memorandum of law and declaration and exhibit in support.

Dated: August 27, 2021

Respectfully Submitted,

/s/*Daniel Zemel*
Daniel Zemel, Esq.
Nicholas Linker, Esq.
Zemel Law LLC
660 Broadway
Paterson, NJ 07514
(P) (862) 227-3106
dz@zemellawllc.com
nl@zemellawllc.com
Attorneys for Plaintiff

/s/Bradley R. Armstrong

Bradley R. Armstrong (MN #393524)
Pro hac vice
MOSS & BARNETT PA
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Telephone: (612) 877-5359
Fax: (612) 877-5056
Bradley.Armstrong@lawmoss.com
Attorneys for Defendant